UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **JORDIE JAMES** | **CIVIL ACTION NO. 22-518-P** |
| **VERSUS** | **JUDGE HICKS** |
| **CADDO CORRECTIONAL CENTER, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Record Document 9) of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff Jordie James's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e) and for failure to state a claim upon which relief may be granted.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 12th day of April, 2023.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE